## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KENNY WATFORD, et al.,    :
                       :    Civil Action No. 10-3650 (NLH)
        Plaintiffs,   :
                       :
        v.              :    **ORDER**
                       :
ROBERT BALICKI,        :
                       :
        Defendant.    :    **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this   23rd   day of      JULY         , 2010,

ORDERED that the Clerk of the Court shall correct the docket to include the following additional plaintiffs: Matthew Craddock, Todd Ford, Charles A. Heard, Steven W. Mackay, Michael W. Lamb, David Zimmerman, Omar Rivera, Aaron Ward, Quason Blake, Richard Strong, Thomas Wright, Eric White, Clarence Jenkins, and David Martinez, Sr.; and it is further

ORDERED that Plaintiffs' application to proceed in forma pauperis is hereby DENIED, without prejudice; and it is further

ORDERED that the Clerk of the Court shall supply to each Plaintiff a blank form Application, for use by a prisoner, to Proceed In Forma Pauperis in a Civil Rights Case; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiffs wish to reopen this action, they shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; and it is further

ORDERED that any such motion to re-open must be signed by each co-plaintiff and must be accompanied by either (1) pre-payment of the full $350 filing fee or (2) an application from each plaintiff for leave to proceed in forma pauperis, including the required certified six-months institutional account statement; and it is further

ORDERED that any such motion to re-open must be accompanied by a statement, signed by each plaintiff, detailing (1) any prior actions brought in forma pauperis by each plaintiff, (2) the efforts made by each plaintiff to exhaust his administrative remedies, and (3) the status of each plaintiff, as a pre-trial detainee, a convicted but unsentenced prisoner, or a convicted and sentenced prisoner, and setting forth the dates applicable to each such status; and it is further

ORDERED that any such motion to re-open must be accompanied by a statement, signed by each plaintiff, setting forth whether any co-plaintiff has ever been subject to criminal prosecution in the United States District Court for the District of New Jersey; and it is further

2

ORDERED that the Clerk of the Court shall serve a copy of this Order upon each Plaintiff by regular U.S. mail.


At Camden, New Jersey          /s/ NOEL L. HILLMAN
                               Noel L. Hillman
                               United States District Judge